# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NEUROCARE INSTITUTE OF
CENTRAL FLORIDA, P.A.,**

        **Plaintiff,**

**v.**                         **Case No:   6:13-cv-1225-Orl-31DAB**

**CULVER CAPITAL GROUP, INC.
and JOHN DOES 1-12,**

        **Defendants.**

_____

## ORDER OF DISMISSAL

Upon consideration of the Notice of Dismissal (Doc. 14), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice as to the Plaintiff's individual claims and without prejudice as to the claims of the putative class, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 2, 2014.

_____
**GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties